**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-2042**

_____

JEFFREY ALLEN LARSON,

Plaintiff – Appellant,

v.

ED ADAMS, Department of Labor and Industry for Vocational Rehabilitation; UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF VIRGINIA; DAVID SHARP, Counselor, Texas Department of Assistive and Rehabilitative Services; PAM PUDELKA, Counselor, Del Mar College; WALTER THEME, III, Counselor, Del Mar College; VICTIM ASSISTANCE PROGRAM; OFFICER DOMINIGUEZ, Badge 1198; CORPUS CHRISTI POLICE; TERRY BAILY, TDCJ Headquarters; YUONNE MARLINEZ DENKO, Corrections Training Division for the State of New Mexico; RAFA SMITH, DOC Headquarters,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern. Louise W. Flanagan, Chief District Judge. (5:08-cv-00437-FL)

_____

Submitted: April 21, 2010          Decided: May 17, 2010

_____

Before TRAXLER, Chief Judge, and GREGORY and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jeffrey Allen Larson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Allen Larson appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his complaint pursuant to 28 U.S.C. § 1915(e)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Larson v. Adams, No. 5:08-cv-00437-FL (E.D.N.C. Dec. 19, 2008). We deny Larson's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED